# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CURTIS LEE, #NM5060 AKA STEVEN ACKRIDGE, | : No. 112 EM 2019 |
| | : |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| JOHN J. TALABER, ESQUIRE, DEFENDANT, SECRETARY, PENNSYLVANIA BOARD OF PROBATION AND PAROLE ["PBPP"], ET AL, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 11th day of December, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.